1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSEPH FAZIOLI (CABN 275564)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5061
7    Facsimile: (408) 535-5066
     joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

**FILED**

DEC 1 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

| | |
|---|---|
| 14  UNITED STATES OF AMERICA,     ) | No. CR 04-20027 RMW (HRL) |
| 15          Plaintiff,            ) | STIPULATION AND [PROPOSED] ORDER CONTINUING REVOCATION |
| 16      v.                        ) | OF SUPERVISED RELEASE HEARING |
| 17  MARIO VILLEGAS ROBLES,        ) | |
| 18          Defendants.           ) | |
| 19 | |

20        The matter is set for an initial appearance on a revocation of supervised release hearing

21  on December 13, 2012. Undersigned government counsel will be unavailable to attend the

22  revocation hearing on December 13, 2012 due to a mandatory office wide training that day in San

23  Francisco. In light of the above, the parties now jointly request that the December 13, 2012

24  revocation of supervised release hearing be continued to Tuesday, December 18, 2012.

25        The parties agree, and the Court finds and holds, as follows:

26        1.  The December 13, 2012 revocation of supervised release hearing date is vacated.

27        2.  This matter is set before this Court for a revocation of supervised release hearing on

28

STIPULATION AND [PROPOSED] ORDER
CR 04-20027 RMW (HRL)

1  December 18, 2012 at 1:30 p.m.

2

3  SO STIPULATED:

4

5  DATED:____12/12/12_____          _____/s/_____
                                          VARELL FULLER
6                                         Assistant Federal Public Defender

7

8  DATED:____12/12/12_____          _____/s/_____
                                          JOSEPH FAZIOLI
                                          Assistant United States Attorney
9

10 IT IS SO ORDERED.

   DATED:_____12/12/12_____          _____
11                                        HOWARD R. LLOYD
                                          UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28